| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | BARBARA BRENNAN SILANO (MASSBAR 055540)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7223 |
| 7 | Facsimile: (415) 437-7234<br>E-mail: Barbara.Silano@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

FILED
07 OCT 11 PH 3:27
RICHARD W. [illegible]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MMC

UNITED STATES OF AMERICA,          )   No. CR: 07  0645
                                   )
            Plaintiff,             )
                                   )
     v.                            )   UNITED STATES' MOTION TO SEAL
                                   )   INDICTMENT AND ARREST
RONALD WILLIAMS,                   )   WARRANT AND [PROPOSED]
BARRY LYNN SAMUEL,                 )   ORDER
    a.k.a Samuel Jacques, a.k.a. Lynn, )
    a.k.a. Nephew,                 )
JOSE JUAN PEÑALOZA-HILARIO,        )
    a.k.a. Paisa, a.k.a. Chopa,    )
ELEAZAR MORA-ARCIGA,               )   **UNDER SEAL OF COURT**
    a.k.a. Liach, a.k.a. Leacha, a.k.a. )
    Chaparrito, a.k.a. Chaparrillo, )
    a.k.a. Chaparro,               )
SALVADOR ORTEGA,                   )
    a.k.a. Funky, a.k.a. Chavita, a.k.a. )
    Primo,                         )
CARLOS GUERRERO-ELENES,            )
    a.k.a C Los,                   )
MIGUEL RAMIREZ,                    )
HUMBERTO CEJA-BARAJAS,             )
    a.k.a. Beto,                   )
SAMUEL ARANDA,                     )
RONALD LEE HINES,                  )
CESAR RAMIREZ-CHAVIRA,             )
                                   )
         (Continued)                )

|   |   |
|---|---|
| a.k.a. Cesar Chavea, a.k.a. Jose Manzo, <br> ERIKA MANZO, <br> JAVIER ULISES ZAMORA-HERNANDEZ, <br>     a.k.a. Patron, a.k.a. Bulis, a.k.a. Ulys, a.k.a. Ulyses, <br> LUIS MANUEL CUEVAS-MEDINA, <br>     a.k.a. Luis Manuel Cuevas, <br> MICHAEL JOSEPH SILVA, <br>     a.k.a. Michael Silva, <br> LARRY BISHOP, <br> EDWARD LEROY MOORE, <br>     a.k.a. Eddie Mo, <br> JOSE ANTONIO CAMACHO-MENDEZ, <br> EVERARDO CAMACHO-MENDEZ, <br>     a.k.a. Beyi, <br> TRESYLIAN REDD, <br>     a.k.a. Tresylian Eugene Redd, <br>     a.k.a. T, <br> ALFREDO GONZALES GOVEA, <br>     a.k.a. Jomito, <br> SERGIO GIL VASQUEZ, <br>     a.k.a. Sergio Gil, <br> SARAH ARANDA ROPATI , <br><br>     Defendants. | (Continued) |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, and Arrest Warrants, and this Sealing Order until further order of the Court. The United States believes that disclosure of this Motion, the Indictment, Arrest Warrants, and this Sealing Order may cause the subject of the indictment to flee, destroy evidence and/or make efforts to conceal on-going criminal activity, jeopardizing the progress of its on-going investigation and the arrest of the defendants. The United States further requests that a copy of the Indictment and Arrest Warrants be provided to agents of the Drug Enforcement Administration, Federal Bureau of Investigation, Immigration and Customs Enforcement,

///
///
///

1  and any other federal, state or local officers assisting in this investigation so that the
2  warrants may be served at the appropriate time in the investigation.
3
4  DATED: October 11, 2007                    Respectfully submitted,
5                                             SCOTT N. SCHOOLS
                                               United States Attorney
6
7                                             _____
                                               BARBARA SILANO
8                                              Assistant United States Attorney
9
10                                   **ORDER**
11     Based upon the motion of the government and for good cause shown, IT IS
12  HEREBY ORDERED that the government's Motion, the Indictment, Arrest Warrants,
13  and this Sealing Order shall be sealed until further order of the Court, except that a copy
14  of the Indictment and Arrest Warrants shall be provided to agents of the Drug
15  Enforcement Administration, Federal Bureau of Investigation, Immigration and Customs
16  Enforcement, and any other federal, state or local officers assisting in this investigation
17  for use in their investigation.
18
19
20  DATED: October 11, 2007                   _____
                                               EDWARD M. CHEN
21                                             United States Magistrate Judge