AO 442 (Rev. 5/93) Warrant for Arrest

=140262

# United States District Court
## Northern District of California

0811-1023-0056-Z

**SEALED**

UNITED STATES OF AMERICA,

V.

Michael Joseph Silva aka Michael Silva
To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CR 07-645 MMC

FILED
NOV 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest  Michael Joseph Silva aka Michael Silva

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   () Information   () Complaint
() Order of Court   () Violation Notice   () Probation Violation Petition

charging him or her with 21:846, 841(b)(1)(A)(I), 18:2 possession with intent to distribute and to distribute heroin, possession with intent to distribute and distribute controlled substance 21:853

in violation of Title  See above  United States Code, Section(s) __

_____
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

San Francisco 10/11/07
Date and Location

RECEIVED
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA
07 OCT 12

Bail fixed at $ no bail  by  Edward Chen, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 7682 Leo Bun Ct, Newark, CA. | | |
| Date received 10/12/07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 10/24/07 | Carl Bonner | for Bonner |