UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CRIMINAL PRETRIAL MINUTES</u>

Date: <u>January 16, 2008</u>

Case No. <u>CR-07-0645 MMC</u>                    JUDGE:    **Maxine M. Chesney**

Ronald Williams(cust); Barry Samuel (cust);
Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Carlos Guerrero-Elenes; Samuel Aranda (cust);
Erika Manzo (cust)*; Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Sarah Aranda Ropati; Ronald Lee Hines (cust);
Larry Bishop; Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Edward Moore (cust)

_____            Present (X) Not Present (  ) In Custody (X)
        DEFENDANT

                                             Ron Tyler (Williams); Julie Beil for
                                             Richard Mazer (Samuel); Randall Conner for Wiilliam
                                             DuBois/Alan Dressler (Hilario);  Randall Knox (Arciga)
                                             Michael Stepanian (Ortega); Randall Conner for
                                             Steve Gruel (Elenes); Lidia Stiglich (S. Aranda);
                                             Ethan Balogh (Manzo); Ethan Balogh for
                                             Mary McNamara (Zamora-Hernandez); Jeffry Glenn
                                             For George Boisseau (Silva); Jeffry Glenn (Govea);
                                             Ian Loveseth (Ropati); Randall Knox for Geoffrey
                                             Rotwein (Hines); Tony Brass (Bishop);
                                             Nicholas Reyes (Camacho-Mendez);
                                             Martha Boersch (Ramirez-Chavira); Ronald Tyler for
                                             John Jordan (Moore)

<u>Barbara Silano and Kirstin Ault</u>            _____
        U.S. ATTORNEY(S)                      ATTORNEY(s)  FOR DEFENDANT(s)

Deputy Clerk: <u>Tracy Lucero</u>                    Reporter: <u>Margo Gurule</u>

Spanish Interpreters: <u>Melinda Basker and Monique Inciarte</u>

**PROCEEDINGS**

REASON FOR HEARING   <u>Further Status/ Trial Setting Conference</u>

RESULT OF HEARING   <u>All counsel agree to a continuance to March 12, 2008</u>.

_____

_____

_____

_____

Case continued to <u>March 12, 2008 at 2:00 p.m.</u>   for Further Status (Courtroom #4, 17th Floor).

Case continued to _____ for Motions.

(Motion due _____, Opposition due  _____, Reply Due _____)

Case continued to _____ for Pretrial.

Case continued to _____ for Trial. (Court/Jury: _____day(s)

Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) <u>Complexity</u>  Begins <u>1/16/08</u>   Ends <u>3/12/08</u>

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////