IAN G. LOVESETH
Attorney at Law (CSBN 085780)
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-07-00645-MMC |
| | ) | |
| Plaintiff, | ) | **EX PARTE APPLICATION TO PERMIT DEFENDANTS IN CUSTODY TO REVIEW DISCOVERY ON MP3 MACHINES; PROPOSED ORDERS** |
| | ) | |
| RONALD WILLIAMS, et al, | ) | _____ |
| | ) | |
| Defendants. | ) | |

Ian Loveseth, counsel for defendant Sarah A. Ropati, and CJA liaison counsel for all defendants and their counsel in this case, hereby applies for an Order permitting all in-custody defendants to review discovery on an MP3 machine. This application is based on the files and records in this case and the accompanying declaration of counsel.

DATED: March 10, 2008                              /s/ Ian Loveseth
                                                    IAN LOVESETH
                                                    Counsel for Defendant
                                                    SARAH A. ROPATI

1

**DECLARATION OF COUNSEL**

I, Ian Loveseth, declare as follows:

    1.   I am counsel for Sarah A. Ropati in Untied States vs. Ronald Williams, et al., CR. 07-00645-MMC;

    2.   I am also liaison CJA counsel in this case;

    3.   I have been advised by Steven D. Moore, the discovery coordinator in this case, that the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different target lines;

    4.   The defendants in this case must listen to and review the discovery and the most efficient way to provide them with these calls in to put them on MP3s;

    5.   Accordingly, declarant requests that two Court orders be signed permitting defendants at the Santa Rita Jail and at the Glen Dyer Detention Facility to listen to the discovery on MP3s.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed in San Francisco on March 10, 2008.

                                      /s/ Ian Loveseth
                                      IAN LOVESETH

IAN G. LOVESETH (CSBN 085780)
Attorney at Law
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00645-MMC |
| Plaintiff, ) | [PROPOSED] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT SANTA RITA JAIL |
| v. ) | |
| RONALD WILLIAMS, et.al., ) | The Honorable Maxine M. Chesney |
| Defendants. ) | |

///

Finding good cause shown, as discovery has been provided in digital audio format:

IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3 player in order to review audio discovery at Santa Rita Jail;

BARRY LYNN SAMUEL,

ELEAZOR MORA-ARCIGA,

SALVADOR ORTEGA,

ERIKA MANZO,

JAVIER ULISES ZAMORA-HERNANDEZ,

ALFREDO GONZALEZ GOVEA,

CESAR RAMIREZ-CHAVIRA,

MIGUEL RAMIREZ.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

| | |
|---|---|
| 1 | IAN G. LOVESETH (CSBN 085780) |
|   | Attorney at Law |
| 2 | 819 Eddy Street |
|   | San Francisco, CA |
| 3 | Tel: (415) 771-6174 |
|   | Fax: (415) 474-3748 |
| 4 | |
|   | Attorney for Defendant |
| 5 | SARAH A ROPATI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00645-MMC |
| Plaintiff, | [PROPOSED] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT GLENN DYER DETENTION FACILITY |
| v. | |
| RONALD WILLIAMS, et.al., | The Honorable Maxine M. Chesney |
| Defendants. | |

///

Proposed Order MP3 Player Glenn Dyer     1

1  Finding good cause shown, as discovery has been provided in digital audio format:

2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3  player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North
4  County);

5  RONALD WILLIAMS,

6  JOSE JUAN PENALOZA-HILARIO,

7  SAMUEL ARANDA,

8  MICHAEL JOSEPH SILVA,

9  RONALD LEE HINES,

10 JOSE ANTONIO CAMACHO-MENDEZ,

11 EDWARD LEROY MOORE.

13 IT IS SO ORDERED.

15 Dated: _____

16 THE HONORABLE MAXINE M. CHESNEY
   United States District Judge

Proposed Order MP3 Player Glenn Dyer                                      2