```
1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI
```

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-00645-MMC |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT GLENN DYER DETENTION FACILITY |
| ) | |
| v. ) | |
| ) | |
| RONALD WILLIAMS, et.al., ) | |
| ) | The Honorable Maxine M. Chesney |
| Defendants. ) | |

///

1  Finding good cause shown, as discovery has been provided in digital audio format:
2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3  player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North
4  County);
5  RONALD WILLIAMS,
6  JOSE JUAN PENALOZA-HILARIO,
7  SAMUEL ARANDA,
8  MICHAEL JOSEPH SILVA,
9  RONALD LEE HINES,
10  JOSE ANTONIO CAMACHO-MENDEZ,
11  EDWARD LEROY MOORE.

13  IT IS SO ORDERED.

15  Dated: MAR 1 2 2008

THE HONORABLE MAXINE M. CHESNEY
United States District Judge