| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK | | | | | TOTAL TIME (mins): | | REPORTER/FTR | |
|---|---|---|---|---|---|---|---|---|---|
| MAGISTRATE JUDGE | DATE | | | | | NEW CASE | | CASE NUMBER | |
| **APPEARANCES** | | | | | | | | | |
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | | PD.   RET.   APPT. | |
| U.S. ATTORNEY | INTERPRETER | | | | FIN. AFFT SUBMITTED | | | COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | | PARTIAL PAYMENT OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | | | |
| INITIAL APPEAR | PRELIM HRG | | MOTION | | JUGM'T & SENTG | | | STATUS | |
| I.D. COUNSEL | ARRAIGNMENT | | BOND HEARING | | INITIAL APPEAR REV PROB OR S/R | | | OTHER | |
| DETENTION HRG | ID / REMOV HRG | | CHANGE PLEA | | PROB. REVOC. | | | ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | | | |
| ADVISED OF RIGHTS | ADVISED OF CHARGES | | NAME AS CHARGED IS TRUE NAME | | TRUE NAME: | | | | |
| **ARRAIGNMENT** | | | | | | | | | |
| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | | READING WAIVED SUBSTANCE | | WAIVER OF INDICTMENT FILED | | | | |
| **RELEASE** | | | | | | | | | |
| RELEASED ON O/R | ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | SPECIAL NOTES | | | PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED   CASH $ | | | CORPORATE SECURITY | | | REAL PROPERTY: | | | |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | | DETAINED | | RELEASED | | DETENTION HEARING AND FORMAL FINDINGS WAIVED | | REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | | | |
| **PLEA** | | | | | | | | | |
| CONSENT ENTERED | NOT GUILTY | | GUILTY | | GUILTY TO COUNTS: | | | | |
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | | PLEA AGREEMENT FILED | | OTHER: | | | | |
| **CONTINUANCE** | | | | | | | | | |
| TO: | ATTY APPT HEARING | | BOND HEARING | | STATUS RE: CONSENT | | | STATUS / TRIAL SET | |
| AT: | SUBMIT FINAN. AFFIDAVIT | | PRELIMINARY HEARING OR ARRAIGN- MENT | | CHANGE OF PLEA | | | OTHER | |
| BEFORE HON. | DETENTION HEARING | | | | MOTIONS | | | JUDGMENT & SENTENCING | |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | | IDENTITY / REMOVAL HEARING | | PRETRIAL CONFERENCE | | | PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | | | |

DOCUMENT NUMBER: