UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: <u>July 9, 2008</u>

Case No. <u>CR-07-0645 MMC</u>     JUDGE: **Maxine M. Chesney**

Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Samuel Aranda (cust); Erika Manzo (cust)*;
Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Miguel Ramirez (cust);
Carlos Guerrero-Elenes (cust); Luis Cuevas-Medina (cust)*

_____
            DEFENDANT

Present (X) Not Present ( ) In Custody (X)

Randall Knox for Wiilliam DuBois (Penaloza-Hilario)
Randall Knox (Arciga) Shana Keating for Michael Stepanian (Ortega); Ethan Balogh (Manzo);
August Gugelmann for Mary McNamara (Zamora-Hernandez); George Boisseau (Silva);
Jeffry Glenn (Govea); Nicholas Reyes (Camacho-Mendez); Martha Boersch (Ramirez-Chavira);
Shana Keating (M. Ramirez);
Steve Gruel (Guerrero-Elenes);
Tim Gomes (Cuevas-Medina)

<u>Barbara Silano and Kirstin Ault</u>        _____
     U.S. ATTORNEY(S)          ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: <u>Tracy Lucero</u>        Reporter: <u>Joan Columbini</u>

Spanish Interpreter: <u>Carol Rhine-Medina</u>

**PROCEEDINGS**

REASON FOR HEARING    <u>Further Status/ Motion Setting Conference</u>

RESULT OF HEARING    <u>Motion briefing schedule set</u>

Case continued to <u>October 22, 2008 at 10:00 a.m.</u>   for Further Status Conference
                    (Courtroom #4, 17th Floor).

Case continued to October 22, 2008 at 10:00 a.m. for Hearing on Defendants' Motions.
(Motion due 8/27/08, Opposition due 9/24/08, Reply Due 10/8/08)
(Courtroom #4, 17th Floor).

Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: \_\_\_\_day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) Complexity/Preparation of Counsel
Begins 7/9/08   Ends 10/22/2008

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////