UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: AUG 20 2008

Case No. CR-07-0645-15 MMC   JUDGE: Maxine M. Chesney

Michael Joseph Silva
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

Kirstin Ault
U.S. ATTORNEY

George Boisseau
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO   Reporter: James Yeomans

PROCEEDINGS

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Plea Agreement filed w/ the Court. Defendant pled guilty to Count 10 of indictment

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 11/5/08 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(25 min)