IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0645 MMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST TO WITHDRAW MOTION** |
| v. | |
| MICHAEL JOSEPH SILVA, | |
| Defendant. / | |

On April 9, 2009, the Court afforded defendant Michael Joseph Silva ("Silva") an opportunity to amend or withdraw his "Motion for Guilty Plea Withdrawal After Sentencing," filed December 29, 2008. (See Order filed Apr. 9, 2009.) On May 6, 2009, Silva filed a "Request to Withdraw the Motion Filed on December 29, 2008."

Good cause appearing, the request is hereby GRANTED, and Silva's motion is hereby deemed WITHDRAWN.

**IT IS SO ORDERED.**

Dated: May 21, 2009

MAXINE M. CHESNEY
United States District Judge