IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL JOSEPH SILVA,<br><br>　　　　Defendant.<br>_____/ | No. CR-07-0645 MMC<br><br>**ORDER RE: LETTER FROM<br>DEFENDANT MICHAEL JOSEPH SILVA** |

　　　　The Court is in receipt of a letter, filed September 1, 2009 by defendant Michael Joseph Silva ("Silva"), by which correspondence Silva seeks an order increasing the number of days of his presentence credit from that calculated by the Bureau of Prisons.

　　　　A district court has no authority to compute credit for time served. See United States v. Wilson, 503 U.S. 329, 334 (1992). Consequently, the proper means of challenging the calculation of sentence credits is by a petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. See, e.g., Mendenhall v. Norwood, No. CV 08-1093 ODW (JTL), 2008 WL 2397515 (C.D. Cal. June 9, 2008).

　　　　Accordingly, the Court will take no action on the above-referenced letter. Should Silva wish to challenge the Bureau of Prisons' calculation, he may file a petition under § 2241. Prior to filing any such petition, however, Silva is advised to review the law regarding the need to exhaust his administrative remedies. See Martinez v. Roberts, 804 F.2d 570,

571 (9th Cir. 1986) (holding federal prisoner must exhaust available administrative remedies prior to filing habeas petition); see, e.g., Mendenhall, 2008 WL 2397515, at *1-*2 (dismissing habeas petition for failure to exhaust administrative remedies where federal prisoner challenged Bureau of Prisons' sentence credit calculation).

**IT IS SO ORDERED.**

Dated: September 4, 2009

_____
MAXINE M. CHESNEY
United States District Judge